IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                                                                            5:23-mj-1044-PRL

**JESSE JAMES RUMSON,**
    Defendant.

AUSA: William Hamilton
Deft. Atty.: Joshua Woodard (FPD)

| JUDGE | Philip R. Lammens | DATE AND TIME | February 27, 2023 10:54 am – 11:20 am 26 minutes |
|---|---|---|---|
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Megan Martin |

## CLERK'S MINUTES – INITIAL APPEARANCE (Rule 5c)

Defendant arrested on a Criminal Complaint from the District of Columbia, case number 1:23-mj-00045.

Defendant advised of rights, charges, penalties, etc.

Defendant requests court-appointed counsel. Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints the Federal Public Defender with reimbursement upon filing by U.S. Attorney. **ORDER TO ENTER.**

Defendant waives his rights to an identity hearing, production of the warrant and preliminary hearing.

Court advises defendant of Rule 20 rights.

Court advised the parties of the requirements of the Due Process Protections Act.

Government is not seeking the defendant's detention but requests conditions of release.

Defendant has no objection to the conditions proposed.

**ORDER SETTING CONDITIONS OF RELEASE & ORDER OF REMOVAL RULE 5/32.1 TO ENTER**

**FILED IN OPEN COURT:**
Financial Affidavit,
Waiver of Rule 5 & 5.1 Hearings